■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME WRIGHT, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Miller, J.), rendered May 2, 1986, convicting him of attempted robbery in the first degree (two counts), attempted assault in the first degree and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

We have reviewed the defendant's remaining contentions and find them to be either unpreserved for appellate review or without merit. Mollen, P. J., Brown, Eiber and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS CARTER, Appellant, v JAMES E. SULLIVAN, as Superintendent of Sing Sing Correctional Facility, et al., Respondents.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Ruskin, J.), entered January 14, 1988, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

We find that the Hearing Officer did not abuse his discretion in denying the petitioner's application for the assistance of counsel at the preliminary parole revocation hearing *(see, People ex rel. Calloway v Skinner,* 33 NY2d 23).

In addition, we find that the petitioner's admission to his parole officers that he used cocaine in violation of the terms of his parole was properly introduced into evidence at the petitioner's final parole revocation hearing *(see, People v Ronald W.,* 24 NY2d 732).

We have examined the petitioner's remaining contentions and find them to be without merit. Mangano, J. P., Lawrence, Spatt and Harwood, JJ., concur.